**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6689**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERRY LEE SHIFFLETT,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:99-cr-00042-GMG-RWT-3)

Submitted: October 18, 2018                    Decided: October 29, 2018

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry Lee Shifflett, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Lee Shifflett appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Shifflett*, No. 3:99-cr-00042-GMG-RWT-3 (N.D.W. Va. June 5, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*